# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,  Crim. No. 11-228 (MJD/JJK)

    Plaintiff,

v.

(2) Gerald Joseph Durand,  **ORDER**
*also known as Jerry Durand*;

    Defendant.

David J. MacLaughlin, Esq., and Tracy L. Perzel, Esq., Assistant United States Attorneys, counsel for Plaintiff.

Brian N. Toder, Esq., Chestnut Cambronne, PA, counsel for Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated October 24, 2011. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HERERBY ORDERED** that:

1. Defendant Gerald Joseph Durand's Motion to Suppress Statements (Doc. No. 71), is **DENIED**.

Date: November 9, 2011

                                                s/Michael J. Davis
                                                MICHAEL J. DAVIS
                                                Chief Judge
                                                United States District Court