UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.

Jason Bo-Alan Beckman (01),
Gerald Joseph Durand (02), and
Patrick Joseph Kiley (03),

    Defendants.

ORDER
Crim. No. 11-228

_____

    David J. MacLaughlin and Tracy L. Perzel, Assistant United States Attorneys, Counsel for Plaintiff.

    Douglas B. Altman, Altman & Izek, Counsel for Defendant Jason Bo-Alan Beckman.

    Brian N. Toder, Chestnut Cambronne P.A., Counsel for Defendant Gerald Durand.

    H. Nasif Mahmoud, McKenzie, Wilkes & Mahmoud, and David E. Zins, Counsel for Defendant Patrick Kiley.

_____

    This matter is before the Court on the parties' motions in limine. Based on the parties' submissions and the arguments of counsel,

    **IT IS HEREBY ORDERED:**

1. Defendant Beckman's Motions to Exclude Evidence [Doc. Nos. 170 and 189] are **GRANTED** in part and **DENIED** in part. The motion to exclude evidence concerning Beckman's acts as personal representative of his maternal grandfather's estate is **denied**; the motion to exclude evidence relating to the Tax Counts is **denied**; the motion to exclude evidence concerning allegations that Beckman forged his mother's signature on student loan documents is **granted**; the motion to exclude evidence concerning Beckman's child support proceedings is **granted**; the motion to exclude evidence concerning a communication from a lawyer that is referenced in paragraph 23(a) of the Second Superseding Indictment is **denied**; the motion to exclude evidence concerning a transcript from the University of Vermont and his discharge from the Air Force Academy is **granted**. The government may not reference any of the above excluded evidence in its opening statement, but such evidence may be admissible for impeachment purposes.

2. Defendant Beckman's Motion to Strike Surplusage [Doc. No. 191] is **DENIED**.

3. The Government's Motion to Take the Deposition of R.M. [Doc. No. 194] is **GRANTED.**

4. Defendant Durand's Motion to Exclude Evidence Referencing "Strippers" [Doc. No. 173] is **RESERVED**. Admission of such evidence will require the government to make a specific showing as to relevance.

Date: March 22, 2012

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court