UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v. **ORDER**

Crim. No. 11-228

Jason Bo-Alan Beckman (01),

    Defendant.
_____

The Memorandum Opinion and Order dated April 18, 2012 [Doc. No. 234] is hereby amended as follows: Briggs and Morgan, P.A. shall serve a relevant sampling of responsive documents to the subpoena to the Court for *in camera* review on or before noon, April 19, 2012.

Date: April 18, 2012

                                            s/ Michael J. Davis
                                            Michael J. Davis
                                            Chief Judge
                                            United States District Court