UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                    **ORDER**
                                      Crim. No. 11-228

Jason Bo-Alan Beckman (01),

    Defendant.
_____

    David J. MacLaughlin and Tracy L. Perzel, Assistant United States Attorney, Counsel for Plaintiff.

    Douglas B. Altman, Counsel for Defendant Jason Bo-Alan Beckman.

    Richard G. Mark and Matthew G. Forsgren, Briggs and Morgan, P.A., Counsel for Briggs and Morgan, P.A.
_____

    Pursuant to the Order of this Court dated April 18, 2012 [Doc. No. 234] the Briggs and Morgan, P.A. ("Briggs") law firm was directed to submit to the Court a relevant sampling of responsive documents to the Government's subpoena for an *in camera* review. The Court received the relevant sampling and has conducted an *in camera* review. Based on that review, the Court finds that the crime fraud exception to the attorney-client privilege applies to the communications between Briggs and defendant Beckman. Accordingly, Briggs'

1

motion to quash will be denied.

To the extent that Beckman moves to exclude any evidence from Briggs, such motion is denied.

**IT IS HEREBY ORDERED:**

1. Briggs and Morgan, P.A.'s Motion to Quash [Doc. No. 230] is DENIED;

2. Defendant Beckman's Motion to Exclude Evidence of Attorney-Client Privilege [Doc. No. 220] is DENIED as to Briggs and Morgan, P.A.

Date: April 19, 2012

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court