UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                                                ORDER
                                                                  Crim. No. 11-228

Gerald Joseph Durand (02),

    Defendant.
_____

    David J. MacLaughlin and Tracy L. Perzel, Assistant United States Attorney, Counsel for Plaintiff.

    Brian N. Toder, Chestnut Cambronne P.A., Counsel for Defendant Gerald Durand.
_____

    This matter is before the Court on Defendant Durand's objection to portions of the Deposition of Rebecca Mott.

    Based on the submissions of the parties, the objection is sustained as to that portion of Exhibit 6 to the Deposition of Rebecca Mott dealing with Premium Financing and those portions of the transcript referencing the Premium

Financing (Tr. 45:16-22; 46:12) until such time as the Government demonstrates that Exhibit 6 is one document.

Date: April 24, 2012

                                             <u>s/ Michael J. Davis</u>
                                             Michael J. Davis
                                             Chief Judge
                                             United States District Court