UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 11-228 (MJD/JJK)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Gerald Joseph Durand (2) ) | |
| *aka Jerry Durand and* ) | |
| ) | |
| Defendant. ) | |

The Government's Motion [Doc. #359], requesting an evidentiary hearing for defendant Durand is GRANTED. The hearing shall be held on January 3, 2013 after the first evidentiary hearing in Courtroom 15E before Chief Judge Michael J. Davis.

Dated: December 28, 2012

                                       s/Michael J. Davis
                                       THE HONORABLE MICHAEL J. DAVIS
                                       Chief Judge
                                       United States District Court