UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.  ORDER
Crim. No. 11-228

Gerald Joseph Durand (02),

    Defendant.
_____

    David J. MacLaughlin and Tracy L. Perzel, Assistant United States Attorney, Counsel for Plaintiff.

    Brian N. Toder, Chestnut Cambronne P.A., Counsel for Defendant Gerald Durand.
_____

    This matter is before the Court on the motion of Defendant Durand for a new trial [Doc. No. 364]. Defendant is hereby ordered to submit a memorandum in support of said motion on or before January 1, 2013 at 6:00 p.m. The government shall file its responsive memorandum on or before January 2, 2013 at 12:00 p.m.

Date:

                          __//s//_____
                          Michael J. Davis
                          Chief Judge
                          United States District Court