UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                      ORDER
                                       Crim. No. 11-228

Jason Bo-Alan Beckman (01),

    Defendant.
_____

    David J. MacLaughlin and Tracy L. Perzel, Assistant United States Attorney, Counsel for Plaintiff.

    Douglas B. Altman, Counsel for Defendant Jason Bo-Alan Beckman.
_____

This matter is before the Court on the motion of Defendant Beckman for a new trial [Doc. No. 368]. Defendant is hereby ordered to submit a memorandum in support of said motion on or before January 1, 2013 at 6:00 p.m. The government shall file its responsive memorandum on or before January 2, 2013 at 12:00 p.m.

Date:

                                        __//s//_____
                                        Michael J. Davis
                                        Chief Judge

United States District Court